Fill in this information to identify the case:

United States Bankruptcy Court for the:
**Northern District of Texas**

Case number (if known): _____ Chapter **11**

☐ Check if this is an amended filing

# Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| **1. Debtor's name** | **Cypresswood Spring Memory Care, LLC** | |
| **2. All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as names* | **Autumn Leaves of Cypresswood** | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 8 5 – 1 4 6 5 1 4 1 | |
| **4. Debtor's address** | **Principal place of business** **1900 Enchanted Way, Suite 200** Number  Street **Grapevine, TX 76051** City    State  ZIP Code **Tarrant** County | **Mailing address, if different from principal place of business** _____ Number  Street _____ City    State  ZIP Code **Location of principal assets, if different from principal place of business** **6327 Cypresswood Dr.** Number  Street **Spring, TX 77379** City    State  ZIP Code |
| **5. Debtor's website (URL)** | autumnleaves.com/cypresswood | |
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ | |

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page **1**

Debtor **Cypresswood Spring Memory Care, LLC**　　　　　　　Case number *(if known)*
　　　Name

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:*<br>☑ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. §101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. §781(3))<br>☐ None of the above<br><br>B. *Check all that apply:*<br>☐ Tax-exempt entity (as described in 26 U.S.C. §501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .<br>　**6 2 3 3** |
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:*<br>☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11. *Check all that apply:*<br>　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).<br>　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.<br>　☐ A plan is being filed with this petition.<br>　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☑ No<br>☐ Yes.　District _____ When _____ Case number _____<br>　　　　　　　　　　　　　　　　　　　　MM / DD / YYYY<br>　　　　District _____ When _____ Case number _____<br>　　　　　　　　　　　　　　　　　　　　MM / DD / YYYY |
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☐ No<br>☒ Yes.　Debtor **See attached**　　　　　　　　Relationship _____<br>　　　　District _____　　　　　　　　When _____<br>　　　　　　　　　　　　　　　　　　　　　　　　MM / DD / YYYY<br>　　　　Case number, if known _____ |

Official Form 201　　　　　　**Voluntary Petition for Non-Individuals Filing for Bankruptcy**　　　　　　page **2**

Debtor **Cypresswood Spring Memory Care, LLC**      Case number *(if known)* _____
      Name

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                            Number      Street

_____
City                  State    ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

Contact name _____

Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds?**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49    ☑ 50-99      ☐ 1,000-5,000    ☐ 5,001-10,000      ☐ 25,001-50,000    ☐ 50,000-100,000

☐ 100-199    ☐ 200-999      ☐ 10,001-25,000                           ☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000      ☑ $1,000,001-$10 million      ☐ $500,000,001-$1 billion

☐ $50,001-$100,000      ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion

☐ $100,001-$500,000      ☐ $50,000,001-$100 million      ☐ $10,000,000,001-$50 billion

☐ $500,001-$1 million      ☐ $100,000,001-$500 million      ☐ More than $50 billion

Debtor  **Cypresswood Spring Memory Care, LLC**                          Case number *(if known)*
     Name

| 16. Estimated liabilities | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☑ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **04/23/2025**
             MM/ DD/ YYYY

X **/s/ Tracy Bazzell**                                          **Tracy Bazzell**
Signature of authorized representative of debtor                 Printed name

Title **Agent**

**18. Signature of attorney**

X **/s/ Joyce W. Lindauer**          Date **04/23/2025**
Signature of attorney for debtor                MM/ DD/ YYYY

**Joyce W. Lindauer**
Printed name

**Joyce W. Lindauer Attorney, PLLC**
Firm name

**1412 Main St. Suite 500**
Number    Street

**Dallas**                              **TX**        **75202**
City                                    State         ZIP Code

**(972) 503-4033**                      **joyce@joycelindauer.com**
Contact phone                           Email address

**21555700**                            **TX**
Bar number                              State

# AFFILIATED CASES

Corinth Autumn Oaks, L.P.
Case No 24-44464
United States Bankruptcy Court
Northern District of Texas
Fort Worth Division
Judge Edward L. Morris
Filed December 2, 2024

Southwest Ft Worth Memory Care, LLC
United States Bankruptcy Court
Northern District of Texas
Fort Worth Division
Filed April 23, 2025

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

IN RE: **Cypresswood Spring Memory Care, LLC**  CASE NO

CHAPTER **11**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  **04/23/2025**    Signature    **/s/ Tracy Bazzell**
                                     Tracy Bazzell, Agent

ABC Home & Commercial Services
11934 Barker Cypress Rd
Cypress, TX 77433

Ally
PO Box 380902
Minneapolis, MN 55438

Argentum
PO Box 34701
Alexandria, VA 22334

Attorney General of Texas
Bankruptcy Div
PO Box 12548
Austin, TX 78711-2548

Barbara Bolz
20506 Fairway Meadow Ln
Spring, TX 77379

Bonnie Sanford
9534 Arcade Dr
Spring, TX 77379

Chris Tengler
20430 Brightonwood Ln
Spring, TX 77379

Cindy Endicott
17719 Cassina Dr
Spring, TX 77388

CLIA Laboratory Program
PO Box 3056
Portland, OR 97208

Comcast
PO Box 60533
City of Industry, CA 91716

Comptroller of Public Accts
Revenue Acctg Div Bankruptcy Sec
PO Box 13528
Austin, TX 78711

Constellation New Energy, Inc.
PO Box 4640
Carol Stream, IL 60197

Cornerstone Commercial Services
9223 Solon Rd. Suite B
Houston, TX 77064

Cypress Klein UD
PO Box 4383
Houston, TX 77210

Cypress-Klein Utility District
PO Box 12149
Spring, TX 77391

Cypresswood Business Park (POA)
PO Box 7865
Spring, TX 77387

Jr. Dennis L. Roossien
Munsch Hardt Kopf & Harr, PC
500 N. Akard, Suite 4000
Dallas, TX 75201

Direct TV
PO Box 5006
Carol Stream, IL 60197-5006

Doug Krumel
316 Paradise Hills
New Braunfels, TX 78132

Elvira Blanco
4612 Hain St
Houston, TX 77009

Stephen P. Fahey
640 Taylor St. Suite 1200
Fort Worth, TX 76102

Goldn LLC
310 Busse Highway Suite 243
Park Ridge, IL 60068

Guardian Pharmacy of Texas
Dept. 8097
PO Box 11407
Birmingham, AL 35246

Harris County Tax Assessor/Collector
PO Box 4622
Houston, TX 77210-4622

Home Depot Pro
PO Box 844727
Dallas, TX 75284

Internal Revenue Service
Mail Code DAL-5020
1100 Commerce Street
Dallas, TX 75242

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

IPFS Corporation
PO Box 730223
Dallas, TX 75373

J&M Family Management
1900 Enchanted Way Suite 200
Grapevine, TX 76051

Janice Taylor
7702 Dayhill Dr
Spring, TX 77379

Kayla Ashwood
PO Box 430
Seeley Lake, MT 59868

Keith & Associates, Inc.
115 West 3rd St. Suite 800
Tulsa, OK 74103

Kelly Gratzer
15927 Stornoway Dr
Spring, TX 77379

Konica Minolta Business Solutions USA
Dept. 2366
PO Box 122366
Dallas, TX 75312

Konica Minolta Premier Finance
PO Box 105743
Atlanta, GA 30348

Manage Meds, LLC
29924 Network Place
Chicago, IL 60673

Medline Industries, Inc.
Attn: Lockbox 14400
5503 N. Cumberland Ave.
Chicago, IL 60656

Medtelligent, Inc.
PO Box 10075
Chicago, IL 60610

Nick Kelsey
2114 Laurel Hill
Kingwood, TX 77339

OneDay
Dept. 2523
PO Box 122523
Dallas, TX 75312

Penny Block
3418 Candle Pine Dr
Spring, TX 77388

PMA Insurance Group
PO Box 824870
Philadelphia, PA 19182

PSFI I Cypresswood LLC
3100 Monticello Ave Suite 600
Dallas, TX 75205

Resourceful Compliance
PO Box 61549
King of Prussia, PA 19406

Roadrunner Recycling, Inc.
PO Box 6011
Hermitage, PA 16148

Ronald Fischer
17610 Abby Lane
Spring, TX 77379

Roobrik, Inc.
PO Box 52391
Durham, NC 27717

Samuel Handsborough
5110 Ossineke Ct
Spring, TX 77386

Sharps Compliance, Inc.
PO Box 679502
Dallas, TX 75267-9502

SiteStaff, LLC
502 W. Montgomery Suite 376
Willis, TX 77378

Southwaste Disposal LLC
PO Box 53988
Lafayette, LA 70505

St. Charles Memory Care
545 E. John Carpenter Frwy Suite 500
Irving, TX 75062

Summit Fire & Security
PO Box 855227
Minneapolis, MN 55485

Texas Health & Human
Services Commission
PO Box 149055
Austin, TX 78714-9055

U.S. Trustee's Office
1100 Commerce Street Room 976
Dallas, TX 75242

US Atty General
10th and Constitution Ave., NW
Main Justice Bldg. Room 5111
Washington, DC 20530

US Foods
3682 Collections Ctr Dr
Chicago, IL 60693

Wells Fargo Vendor Financial Services
PO Box 105743
Atlanta, GA 30348