**Fill in this information to identify the case:**

Debtor Name **Cypresswood Spring Memory Care, LLC**

United States Bankruptcy Court for the: **Northern** District of **Texas**
(State)

Case number (If known): **25-41420-elm**

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, in which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

**2. Cash on hand** _____

**3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1. **Dallas Capital Bank** | **Checking account** | **6  1  1  7** | $473.87 |
| 3.2. **Dallas Capital Bank** | **Checking account** | **6  1  1  7** | $0.00 |

**4. Other cash equivalents** *(Identify all)*

4.1 _____ _____

4.2 _____ _____

**5. Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | $473.87 |

| Part 2: | Deposits and prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

**7. Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

Debtor  **Cypresswood Spring Memory Care, LLC**
_____
Name

Case number *(if known)* **25-41420-elm**
_____

| | | |
|---|---|---:|
| 7.1 | **Refundable Pet Deposit - Paris** | **$500.00** |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1 _____   _____

   8.2 _____   _____

9. **Total of Part 2**

   Add lines 7 through 8. Copy the total to line 81.
   | |
   |---:|
   | **$500.00** |

---

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☑ Yes. Fill in the information below.

    | | **Current value of debtor's interest** |
    |---|---|

11. **Accounts receivable**

    | | | | | |
    |---|---|---|---|---:|
    | 11a. 90 days old or less: | **$20,727.83** <br> face amount | - | **$692.32** <br> doubtful or uncollectible accounts | =.....➜   **$20,035.51** |
    | 11b. Over 90 days old: | **$139,060.51** <br> face amount | - | **$138,910.51** <br> doubtful or uncollectible accounts | =.....➜   **$150.00** |

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.
    | |
    |---:|
    | **$20,185.51** |

---

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

    | | **Valuation method used for current value** | **Current value of debtor's interest** |
    |---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    | | | |
    |---|---|---|
    | 14.1 _____ | _____ | _____ |
    | 14.2 _____ | _____ | _____ |

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                         % of ownership:

    | | | | |
    |---|---|---|---|
    | 15.1. _____ | _____ | _____ | _____ |
    | 15.2. _____ | _____ | _____ | _____ |

| Debtor | Cypresswood Spring Memory Care, LLC | Case number *(if known)* 25-41420-elm |
|---|---|---|
| | Name | |

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1 _____    _____    _____

16.2 _____    _____    _____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.                                                    ⬚

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **20. Work in progress** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **22. Other inventory or supplies** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.                                                    ⬚

**24. Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

Debtor   **Cypresswood Spring Memory Care, LLC**
      Name

Case number *(if known)* **25-41420-elm**

---

**27.** **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

  ☑ No. Go to Part 7.

  ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.** **Crops—either planted or harvested** | | | |
| **29.** **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| **30.** **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| **31.** **Farm and fishing supplies, chemicals, and feed** | | | |
| **32.** **Other farming and fishing-related property not already listed in Part 6** | | | |

**33.** **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

                                              ☐

**34.** **Is the debtor a member of an agricultural cooperative?**

  ☑ No

  ☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

**35.** **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

  ☑ No

  ☐ Yes.  Book value _____ Valuation method _____ Current value _____

**36.** **Is a depreciation schedule available for any of the property listed in Part 6?**

  ☑ No

  ☐ Yes

**37.** **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

  ☑ No

  ☐ Yes

**Part 7:**   Office furniture, fixtures, and equipment; and collectibles

**38.** **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

  ☐ No. Go to Part 8.

  ☑ Yes. Fill in the information below.

---

Debtor    **Cypresswood Spring Memory Care, LLC**
Name

Case number *(if known)* **25-41420-elm**

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** | | | |
| General Office Furniture | unknown | | $0.00 |
| **40.** **Office fixtures** | | | |
| | | | |
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Copier | unknown | Debtor's opinion of value | $500.00 |
| **42.** **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | | | |
| 42.2 | | | |
| 42.3 | | | |

**43.** **Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

$500.00

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No
☐ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46.** **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 **Compact Cargo Van** | $22,000.00 | Debtor's opinion of value | $22,000.00 |
| **48.** **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |

Debtor  **Cypresswood Spring Memory Care, LLC**                    Case number *(if known)* 25-41420-elm
        Name

| | | | | |
|---|---|---|---|---|
| 48.1 | | | | |
| 48.2 | | | | |

49.  **Aircraft and accessories**

| | | | | |
|---|---|---|---|---|
| 49.1 | | | | |
| 49.2 | | | | |

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51.  **Total of Part 8**

Add lines 47 through 50. Copy the total to line 87.                                    $22,000.00

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

---
**Part 9:**    Real property
---

54.  **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 **Real Estate /** 6327 Cypresswood Dr. Spring, TX 77379 | **Fee Simple** | **unknown** | | **$1,500,000.00** |

56.  **Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.            $1,500,000.00

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

---
**Part 10:**    Intangibles and intellectual property
---

Debtor   **Cypresswood Spring Memory Care, LLC**                                 Case number *(if known)* __25-41420-elm__
      Name

---

**59.**   **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.**   **Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.**   **Internet domain names and websites** | | | |
| **autumnleaves.com/cypresswood** | **unknown** | | **$0.00** |
| **62.**   **Licenses, franchises, and royalties** | | | |
| **THHSC Type B Assisted Living License** | **unknown** | | **unknown** |
| **63.**   **Customer lists, mailing lists, or other compilations** | | | |
| **64.**   **Other intangibles, or intellectual property** | | | |
| **65.**   **Goodwill** | | | |

**66.**   **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.

| | **$0.00** |
|---|---|

**67.**   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No

☐ Yes

**68.**   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

**69.**   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

| **Part 11:** | All other assets |
|---|---|

---

**70.**   **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

---

Debtor    **Cypresswood Spring Memory Care, LLC**                                Case number *(if known)* __25-41420-elm__
          Name

---

71. **Notes receivable**

    Description (include name of obligor)

    _____     _____ – _____ = ➔      _____
                                  Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

    Description (for example, federal, state, local)

    _____     Tax year _____      _____

    _____     Tax year _____      _____

    _____     Tax year _____      _____

73. **Interests in insurance policies or annuities**

    _____                                      _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

    _____                                      _____

    **Nature of claim**      _____

    **Amount requested**     _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

    _____                                      _____

    **Nature of claim**      _____

    **Amount requested**     _____

76. **Trusts, equitable or future interests in property**

    _____                                      _____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

    _____                                      _____

    _____                                      _____

78. **Total of Part 11**

    Add lines 71 through 77. Copy the total to line 90.                         _____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

---

Debtor **Cypresswood Spring Memory Care, LLC**
Name

Case number *(if known)* **25-41420-elm**

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | | Current value of real property |
|---|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $473.87 | | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $500.00 | | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $20,185.51 | | |
| 83. **Investments.** *Copy line 17, Part 4.* | | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | | | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $500.00 | | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $22,000.00 | | |
| 88. **Real property.** *Copy line 56, Part 9*............................................................. ➡ | | | $1,500,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + | | |
| 91. **Total.** *Add lines 80 through 90 for each column*..........................91a. | $43,659.38 | + 91b. | $1,500,000.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .................................................................................. | | | $1,543,659.38 |

Fill in this information to identify the case:

Debtor name **Cypresswood Spring Memory Care, LLC**

United States Bankruptcy Court for the: **Northern** District of **Texas**
(State)

Case number (if known): **25-41420-elm**

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property 12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
| --- | --- | --- |

| **2.1** Creditor's name | **Describe debtor's property that is subject to a lien** | | |
| --- | --- | --- | --- |
| **Ally** | Compact Cargo Van | $15,000.00 | $22,000.00 |
| **Creditor's mailing address** | **Describe the lien** | | |
| **PO Box 380902** | | | |
| **Minneapolis, MN 55438** | **Is the creditor an insider or related party?** ☑ No ☐ Yes | | |
| **Creditor's email address, if known** | **Is anyone else liable on this claim?** ☑ No ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H). | | |
| **Date debt was incurred** | **As of the petition filing date, the claim is:** Check all that apply. | | |
| **Last 4 digits of account number** __ __ __ __ | ☐ Contingent ☐ Unliquidated | | |
| **Do multiple creditors have an interest in the same property?** ☑ No ☐ Yes. Specify each creditor, including this creditor, and its relative priority. | ☐ Disputed | | |

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $9,380,386.71 |

| Debtor | **Cypresswood Spring Memory Care, LLC** | Case number (if known) | **25-41420-elm** |
|---|---|---|---|
| | Name | | |

| **Part 1:** | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.2** **Creditor's name**

**PSFI I Cypresswood LLC**

**Creditor's mailing address**

**3100 Monticello Ave Suite 600**

**Dallas, TX 75205**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

        _____

        _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Real Estate

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| | |
|---|---|
| **$9,364,867.71** | **$1,500,000.00** |

---

Debtor **Cypresswood Spring Memory Care, LLC**
_____
Name

Case number (if known) **25-41420-elm**
_____

| Part 1: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** | **Value of collateral** |
| | Do not deduct the value of collateral. | **that supports this claim** |

**2.3** Creditor's name

**Wells Fargo Vendor Financial Services**
_____

Creditor's mailing address

**PO Box 105743**
_____

**Atlanta, GA 30348**
_____

Creditor's email address, if known
_____

Date debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Have you already specified the relative priority?

　☐ No.  Specify each creditor, including this creditor, and its relative priority.

　_____

　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Copier
_____

**Describe the lien**
_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**$519.00**

**$500.00**

Fill in this information to identify the case:

Debtor name     **Cypresswood Spring Memory Care, LLC**

United States Bankruptcy Court for the:

    **Northern District of Texas**

Case number (if known):     **25-41420-elm**

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on** *Schedule A/B: Assets - Real and Personal Property* **(Official Form 206A/B) and on** *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

**1.**   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☑ No. Go to Part 2.

☐ Yes. Go to line 2.

**2.**   List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1**   Priority creditor's name and mailing address

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☐ No

☐ Yes

**2.2**   Priority creditor's name and mailing address

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☐ No

☐ Yes

| Debtor | **Cypresswood Spring Memory Care, LLC** | Case number *(if known)* | **25-41420-elm** |
|---|---|---|---|
| | Name | | |

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

ABC Home & Commercial Services

11934 Barker Cypress Rd

Cypress, TX 77433

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$925.92**

---

**3.2** Nonpriority creditor's name and mailing address

Argentum

PO Box 34701

Alexandria, VA 22334

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$198.91**

---

**3.3** Nonpriority creditor's name and mailing address

Barbara Bolz

20506 Fairway Meadow Ln

Spring, TX 77379

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$5,371.05**

---

**3.4** Nonpriority creditor's name and mailing address

Bonnie Sanford

9534 Arcade Dr

Spring, TX 77379

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$2,000.00**

| Debtor | **Cypresswood Spring Memory Care, LLC** | Case number *(if known)* | **25-41420-elm** |
| --- | --- | --- | --- |
| | Name | | |

---

**3.5** Nonpriority creditor's name and mailing address

**Chris Tengler**

**20430 Brightonwood Ln**

**Spring, TX 77379**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$921.05

---

**3.6** Nonpriority creditor's name and mailing address

**Cindy Endicott**

**17719 Cassina Dr**

**Spring, TX 77388**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$223.68

---

**3.7** Nonpriority creditor's name and mailing address

**CLIA Laboratory Program**

**PO Box 3056**

**Portland, OR 97208**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$248.00

---

**3.8** Nonpriority creditor's name and mailing address

**Comcast**

**PO Box 60533**

**City of Industry, CA 91716**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$530.62

---

| Debtor | **Cypresswood Spring Memory Care, LLC** | Case number *(if known)* | **25-41420-elm** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

---

**3.9** | Nonpriority creditor's name and mailing address

**Constellation New Energy, Inc.**

**PO Box 4640**

**Carol Stream, IL 60197**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$12,219.79

---

**3.10** | Nonpriority creditor's name and mailing address

**Cornerstone Commercial Services**

**9223 Solon Rd. Suite B**

**Houston, TX 77064**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$625.00

---

**3.11** | Nonpriority creditor's name and mailing address

**Cypress Klein UD**

**PO Box 4383**

**Houston, TX 77210**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$6,885.06

---

**3.12** | Nonpriority creditor's name and mailing address

**Cypress-Klein Utility District**

**PO Box 12149**

**Spring, TX 77391**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$467.89

---

| Debtor | **Cypresswood Spring Memory Care, LLC** | Case number *(if known)* | **25-41420-elm** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $34,150.00 |
|---|---|---|---|

**Cypresswood Business Park (POA)**

**PO Box 7865**

**Spring, TX 77387**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $152.40 |
|---|---|---|---|

**Direct TV**

**PO Box 5006**

**Carol Stream, IL 60197-5006**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,791.12 |
|---|---|---|---|

**Doug Krumel**

**316 Paradise Hills**

**New Braunfels, TX 78132**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $115.13 |
|---|---|---|---|

**Elvira Blanco**

**4612 Hain St**

**Houston, TX 77009**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| Debtor | **Cypresswood Spring Memory Care, LLC** | Case number *(if known)* | **25-41420-elm** |
|---|---|---|---|
| | Name | | |

---

### Part 2: Additional Page

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,149.00 |
|---|---|---|---|

**Goldn LLC**

**310 Busse Highway Suite 243**

**Park Ridge, IL 60068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $514.05 |
|---|---|---|---|

**Guardian Pharmacy of Texas**

**Dept. 8097**

**PO Box 11407**

**Birmingham, AL 35246**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $60,558.91 |
|---|---|---|---|

**Harris County Tax Assessor/Collector**

**PO Box 4622**

**Houston, TX 77210-4622**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,561.31 |
|---|---|---|---|

**Home Depot Pro**

**PO Box 844727**

**Dallas, TX 75284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

| Debtor | **Cypresswood Spring Memory Care, LLC** | Case number *(if known)* | **25-41420-elm** |
|---|---|---|---|
| | Name | | |

---

| **Part 2:** | Additional Page |
|---|---|

---

**3.21** Nonpriority creditor's name and mailing address

**IPFS Corporation**

**PO Box 730223**

**Dallas, TX 75373**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$61,392.61

---

**3.22** Nonpriority creditor's name and mailing address

**J&M Family Management**

**1900 Enchanted Way Suite 200**

**Grapevine, TX 76051**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,301,865.01

---

**3.23** Nonpriority creditor's name and mailing address

**Janice Taylor**

**7702 Dayhill Dr**

**Spring, TX 77379**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$588.17

---

**3.24** Nonpriority creditor's name and mailing address

**Kayla Ashwood**

**PO Box 430**

**Seeley Lake, MT 59868**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$603.29

---

| Debtor | **Cypresswood Spring Memory Care, LLC** | Case number *(if known)* | **25-41420-elm** |
|---|---|---|---|
| | Name | | |

**Part 2:** Additional Page

---

**3.25** Nonpriority creditor's name and mailing address

**Keith & Associates, Inc.**

**115 West 3rd St. Suite 800**

**Tulsa, OK 74103**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$56.25

---

**3.26** Nonpriority creditor's name and mailing address

**Kelly Gratzer**

**15927 Stornoway Dr**

**Spring, TX 77379**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$2,421.05

---

**3.27** Nonpriority creditor's name and mailing address

**Konica Minolta Business Solutions USA**

**Dept. 2366**

**PO Box 122366**

**Dallas, TX 75312**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$474.12

---

**3.28** Nonpriority creditor's name and mailing address

**Konica Minolta Premier Finance**

**PO Box 105743**

**Atlanta, GA 30348**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,578.95

---

| Debtor | **Cypresswood Spring Memory Care, LLC** | Case number *(if known)* | **25-41420-elm** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.29** Nonpriority creditor's name and mailing address

**Manage Meds, LLC**

**29924 Network Place**

**Chicago, IL 60673**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$397.50

---

**3.30** Nonpriority creditor's name and mailing address

**Medline Industries, Inc.**

**Attn: Lockbox 14400**

**5503 N. Cumberland Ave.**

**Chicago, IL 60656**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,592.37

---

**3.31** Nonpriority creditor's name and mailing address

**Medtelligent, Inc.**

**PO Box 10075**

**Chicago, IL 60610**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$234.50

---

**3.32** Nonpriority creditor's name and mailing address

**Nick Kelsey**

**2114 Laurel Hill**

**Kingwood, TX 77339**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$4,000.00

---

| Debtor | **Cypresswood Spring Memory Care, LLC** | Case number *(if known)* | **25-41420-elm** |
|---|---|---|---|
| | Name | | |

<table>
<tr><td style="background:black;color:white">Part 2:</td><td>Additional Page</td></tr>
</table>

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $651.60 |
|---|---|---|---|

**OneDay**

**Dept. 2523**

**PO Box 122523**

**Dallas, TX 75312**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,349.41 |
|---|---|---|---|

**Penny Block**

**3418 Candle Pine Dr**

**Spring, TX 77388**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $29,157.15 |
|---|---|---|---|

**PMA Insurance Group**

**PO Box 824870**

**Philadelphia, PA 19182**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $44.95 |
|---|---|---|---|

**Resourceful Compliance**

**PO Box 61549**

**King of Prussia, PA 19406**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

| Debtor | **Cypresswood Spring Memory Care, LLC** | Case number *(if known)* | **25-41420-elm** |
|---|---|---|---|
| | Name | | |

### Part 2: Additional Page

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $743.42 |
|---|---|---|---|

**Roadrunner Recycling, Inc.**

**PO Box 6011**

**Hermitage, PA 16148**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,391.45 |
|---|---|---|---|

**Ronald Fischer**

**17610 Abby Lane**

**Spring, TX 77379**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,000.00 |
|---|---|---|---|

**Roobrik, Inc.**

**PO Box 52391**

**Durham, NC 27717**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $557.73 |
|---|---|---|---|

**Samuel Handsborough**

**5110 Ossineke Ct**

**Spring, TX 77386**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Cypresswood Spring Memory Care, LLC** | Case number *(if known)* | **25-41420-elm** |
|---|---|---|---|
| | Name | | |

---

### Part 2: Additional Page

**3.41** Nonpriority creditor's name and mailing address

**Sharps Compliance, Inc.**

**PO Box 679502**

**Dallas, TX 75267-9502**

Date or dates debt was incurred

Last 4 digits of account number — — — —

As of the petition filing date, the claim is: $78.75
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.42** Nonpriority creditor's name and mailing address

**SiteStaff, LLC**

**502 W. Montgomery Suite 376**

**Willis, TX 77378**

Date or dates debt was incurred

Last 4 digits of account number — — — —

As of the petition filing date, the claim is: $900.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.43** Nonpriority creditor's name and mailing address

**Southwaste Disposal LLC**

**PO Box 53988**

**Lafayette, LA 70505**

Date or dates debt was incurred

Last 4 digits of account number — — — —

As of the petition filing date, the claim is: $741.36
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.44** Nonpriority creditor's name and mailing address

**St. Charles Memory Care**

**545 E. John Carpenter Frwy Suite 500**

**Irving, TX 75062**

Date or dates debt was incurred

Last 4 digits of account number — — — —

As of the petition filing date, the claim is: $2,949.12
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Cypresswood Spring Memory Care, LLC** | Case number *(if known)* | **25-41420-elm** |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="3">

**Part 2:** Additional Page
</td></tr>
</table>

---

**3.45** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$36,222.67**
---|---|---|---

**Summit Fire & Security**

**PO Box 855227**

**Minneapolis, MN 55485**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.46** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,250.00**
---|---|---|---

**Texas Health & Human Services Commission**

**PO Box 149055**

**Austin, TX 78714-9055**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.47** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$8,354.96**
---|---|---|---

**US Foods**

**3682 Collections Ctr Dr**

**Chicago, IL 60693**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **Cypresswood Spring Memory Care, LLC** | Case number *(if known)* | **25-41420-elm** |
|--------|------------------------------------------|--------------------------|------------------|
|        | Name |  |  |

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---------|---------------------------------------------------|

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---------------------------|---------------------------------------------------------------------------|------------------------------------------|
| 4.1  **Texas Health & Human Services Commission** | Line **3.46** |  |
| **PO Box 13247** | ☐ Not listed. Explain ——————— | __ __ __ __ |
| **Austin, TX 78714-9055** | ——————————— |  |

| Debtor | **Cypresswood Spring Memory Care, LLC** | Case number *(if known)* | **25-41420-elm** |
|--------|------------------------------------------|--------------------------|-------------------|
|        | Name                                     |                          |                   |

**Part 4:** Total Amounts of the Priority and Nonpriority Unsecured Claims

5.    **Add the amounts of priority and nonpriority unsecured claims.**

|     |                                              |     | **Total of claim amounts** |
|-----|----------------------------------------------|-----|-----------------------------|
| 5a. | **Total claims from Part 1**                 | 5a. | **$0.00** |
| 5b. | **Total claims from Part 2**                 | 5b. | **+**    **$1,595,205.28** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$1,595,205.28** |

<table>
<tr><td colspan="2" style="background:black;color:white">Fill in this information to identify the case:</td></tr>
</table>

| | |
|---|---|
| Debtor name | **Cypresswood Spring Memory Care, LLC** |
| United States Bankruptcy Court for the: | **Northern**   District of   **Texas** |
| | (State) |
| Case number (If known): | **25-41420-elm**   Chapter   **11** |

☐ Check if this is an
amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                     12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Agreements** | **Tenant Agreements** |
| | State the term remaining | | **6327 Cypresswood Dr.** |
| | List the contract number of any government contract | | **Spring, TX 77379** |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
</table>

| | |
|---|---|
| Debtor name | **Cypresswood Spring Memory Care, LLC** |
| United States Bankruptcy Court for the: | **Northern** District of **Texas** |
| | (State) |
| Case number (If known): | **25-41420-elm** |

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors                                                     12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1.  **Does the debtor have any codebtors?**

    ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

    ☑ Yes

2.  **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,** *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Mitchell W. Warren** | **1900 Enchanted Way Suite 200**<br>Street<br><br>**Grapevine, TX 76051**<br>City        State        ZIP Code | **PSFI I Cypresswood LLC** | ☑ D<br>☐ E/F<br>☐ G |
| 2.2 | Street<br><br>City        State        ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | Street<br><br>City        State        ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | Street<br><br>City        State        ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |

| Debtor | **Cypresswood Spring Memory Care, LLC** | Case number (if known) **25-41420-elm** |
|---|---|---|
| | Name | |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing address | Name | Check all schedules that apply: |
| 2.5 | _____ | Street _____ _____ City          State          ZIP Code | _____ | ❑ D ❑ E/F ❑ G |
| 2.6 | _____ | Street _____ _____ City          State          ZIP Code | _____ | ❑ D ❑ E/F ❑ G |

Fill in this information to identify the case:

Debtor name **Cypresswood Spring Memory Care, LLC**

United States Bankruptcy Court for the:
**Northern District of Texas**

Case number (if known): **25-41420-elm**    Chapter **11**

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals 12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**
   Copy line 88 from *Schedule A/B*................................................................................................

   | $1,500,000.00 |
   |---|

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*............................................................................................

   | $43,659.38 |
   |---|

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..............................................................................................

   | $1,543,659.38 |
   |---|

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

   | $9,380,386.71 |
   |---|

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*......................................................................

   | $0.00 |
   |---|

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................................................

   | + $1,595,205.28 |
   |---|

4. **Total liabilities**.................................................................................................................
   Lines 2 + 3a + 3b

   | $10,975,591.99 |
   |---|

**Fill in this information to identify the case:**

Debtor name    **Cypresswood Spring Memory Care, LLC**

United States Bankruptcy Court for the:

**Northern District of Texas**

Case number (if known):    **25-41420-elm**

☐ Check if this is an amended filing

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **05/27/2025**
      MM/ DD/ YYYY

X **/s/ Tracy Bazzell**
Signature of individual signing on behalf of debtor

**Tracy Bazzell**
Printed name

**Agent**
Position or relationship to debtor